UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Cause No.  1:21-cr-0173-JPH-MKK |
| | ) | |
| GARRETT CARTER WAYNE, | ) | - 01 |
| Defendant. | ) | |

**REPORT AND RECOMMENDATION**

On August 31, and September 8, 2023, the Court held hearings on the Petition for Warrant or Summons for Offender Under Supervision filed on August 31, 2023.  Defendant appeared in person with his appointed counsel William Dazey.  The government appeared by Adam Eakman and Brad Shepard, Assistant United States Attorneys.  U. S. Parole and Probation appeared by Officers Richard Martinez and Jamie Roberts.

The Court conducted the following procedures in accordance with Fed. R. Crim. P. 32.1(a)(1) and 18 U.S.C. § 3583:

1. The Court advised Defendant Wayne of his rights and provided him with a copy of the petition.  Parties submitted to the Petition and probable cause was found.

2. After being placed under oath, Defendant Wayne admitted violation number 1 [Docket No. 18.]   Government orally moved to withdraw the remaining violations, which motion was granted by the Court.

3. The allegation to which Defendant admitted, as fully set forth in the petition, is:

| **Violation Number** | **Nature of Noncompliance** |
|---|---|
| 1 | **"You must not unlawfully possess a controlled substance.  You must refrain from any unlawful use of a controlled substance."** |
| | As previously reported to the Court, on July 5, 2023, Mr. Wayne submitted a urine sample that tested positive for amphetamines, methamphetamine, benzoylecgonine (cocaine), cannabinoids, morphine, fentanyl, and norfentanyl. On August 16, 2023, Mr. Wayne submitted a urine sample with the results being positive for amphetamines, fentanyl, cannabinoids, and cocaine. He admitted to using illegal substances on both occasions after being confronted. |

4. The parties stipulated that:

    (a) The highest grade of violation is a Grade B violation.

    (b) Defendant's criminal history category is VI.

    (c) The range of imprisonment applicable upon revocation of supervised release, therefore, is 21 to 24 months' imprisonment.

5. The parties jointly recommended a sentence of 18 months.

The Magistrate Judge, having considered the applicable factors under 18 U.S.C. § 3553(a), and as more fully set forth on the record, finds that the Defendant violated the conditions in the petition, that his supervised release should be revoked, and that he should be sentenced to the custody of the Attorney General or his designee for a period of 18 months with no supervised release to follow.   The Defendant is to be taken into custody immediately pending the District Judge's action on this Report and Recommendation.

The parties are hereby notified that the District Judge may reconsider any matter assigned to a Magistrate Judge. The parties waived the fourteen-day period to object to the Report and Recommendation.

Date: 9/14/2023

M. Kendra Klump
United States Magistrate Judge
Southern District of Indiana

Distribution:

All ECF-registered counsel of record via email generated by the court's ECF system