UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 1:21-cr-00173-JPH-MKK |
| GARRETT CARTER WAYNE, | ) -01 |
| Defendant. | ) |

**ORDER ADOPTING REPORT AND RECOMMENDATION**

Pursuant to 18 U.S.C. § 3401(i) and 18 U.S.C. § 3583(e), the Court **ADOPTS** Magistrate Judge Kendra Klump's Report and Recommendation and all findings therein, dkt. [28]. The Court now **ORDERS** that Garrett Carter Wayne's supervised release is therefore **REVOKED**, dkt. [18], and Mr. Wayne is sentenced to the custody of the Attorney General or his designee for imprisonment of 18 months with no supervised release to follow. Violation numbers 2 and 3 are **DISMISSED**.

**SO ORDERED.**

Date: 9/18/2023

*James Patrick Hanlon*
James Patrick Hanlon
United States District Judge
Southern District of Indiana

Distribution:

All Electronically Registered Counsel

Electronic Notice to USPO

Electronic Notice to USM-C